ROGERS, ET AL. v. BRIGHTMAN, ET AL.

(Decided November 11, 1915. Denied January 20, 1916.)

APPEAL from Lowndes Chancery Court.

Heard before Hon. W. R. CHAPMAN.

POWELL & HAMILTON, for appellant. RUSHTON, WILLIAMS & CRENSHAW, and G. F. MERTINS, for appellee.

GARDNER, J.—This cause is affirmed on the authority of *Schloss & Kahn v. Brightman, et al., infra,* 70 South. 670.

ANDERSON, C. J., SOMERVILLE and THOMAS, JJ., concur.

---

SLATER v. THE STATE.

(Decided January 13, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. W. E. FORT.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

SAYRE, J.—No bill of exceptions and no error of record. Affirmed.

ANDERSON, C. J., MCCLELLAN and GARDNER, JJ., concur.

---

TOWNLEY v. BURGIN.

(Decided December 2, 1915.)

CERTIORARI to Court of Appeals.

E. N. HAMIL, for appellant. R. H. FRIES, and W. A. JENKINS, for appellee.

Per Curiam. Petition of B. L. TOWNLEY, as administrator for certiorari to Court of Appeals to revise the opinion of that court in the case of *Townley v. Burgin,* 14 Ala. App., 69 South. 591. Writ denied.

---

TYE v. OLSEN.

(Decided November 25, 1915.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. C. B. SMITH.

No counsel marked for either party.

Per curiam. Cause stricken from docket.